UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -2 AM 11:55

UNITED STATES OF AMERICA, )
          Plaintiff, )
          v. )
Rigoberto SUAZO-Euceda, )
          Defendant )

Magistrate Docket No.

'08 MJ 2686

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **August 30, 2008**, within the Southern District of California, defendant, **Rigoberto SUAZO-Euceda**, an alien, who previously had been excluded, deported and removed from the United States to **Honduras**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **SEPTEMBER, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rigoberto SUAZO-Euceda

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 30, 2008, at approximately 5:35 P.M. Border Patrol Agent H. Safy was patrolling an area near Otay Mesa, California. This area is located approximately five miles west of the Tecate, California Port of Entry, and approximately one mile north of the International Border Boundary between Mexico and the United States. This area is commonly traveled by illegal aliens to further their entry into the United States.

As Agent Safy was driving eastbound on a road locally known as Otay Truck Trail, he saw an individual coming out of a brush near the road. Agent Safy stopped approached the individual and identified himself as United States Border Patrol Agent in both the English and Spanish languages. Agent Safy was in full rough duty Border Patrol uniform.

In response to questioning about his identity and citizenship, the individual later identified as the defendant **Rigoberto SUAZO-Euceda**, stated that he was born in Honduras and was a citizen of Honduras. When asked if he possessed any valid U.S. Immigration documents allowing him to enter into or remain within the United States legally, the defendant stated that he did not. At around 5:45 P.M. the defendant was arrested and transported to the United States Border Patrol Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Honduras** on or about **January 12, 2006** through **Houston, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on August 31, 2008 at 10:00 A.M.**

Ilsa M. Struve
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **one** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 29, 2008**, in violation of Title 8, United States Code, Section 1326.

Leo S. Papas
United States Magistrate Judge

8/31/08 - 3:52 PM
Date/Time